# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
DAVID JAMES FARQUHAR JR  
LISA GAY FARQUHAR  
6902 IOLA BOAT LN  
CANAL WINCHESTER, OH  43110  

Case No:   05-52041

Judge:   CHARLES M. CALDWELL

SSN(S):   XXX-XX-7006  
          XXX-XX-8872

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:   June 21, 2010

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| ACE CHECK EXPRESS<br>2529 SCHROCK RD<br>WESTERVILLE, OH  43081 | 97.53 |